1  CHARLES M. BONNEAU (State Bar No. 056583)
   331 J St. Suite 200
2  Sacramento, CA 95814
   (916) 444-8828
3  Attorney for Petitioner



**FILED**

AUG 22 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROLAND ADAMS,

    Defendant.

No. 2:02 CR 00560-01

**ORDER**

GOOD CAUSE APPEARING, transcripts of the court trial on April 12, 13, and 14, 2004, are ordered at public expense.

Date: 8/22/05

_____
JUDGE, U.S. DISTRICT COURT

1