IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROLAND ADAMS,

        Defendant.
_____/

CR. NO. 02-0257 EJG
CR. NO. 02-0560 EJG

ORDER GRANTING MOTION FOR TRANSCRIPTS

    Defendant, a federal prisoner proceeding pro se with post conviction motions, has filed a motion seeking production of transcripts of two proceedings in the above-entitled case. For the reasons that follow, the motion is GRANTED.

    Indigent prisoners are entitled to free transcripts of prior proceedings when reasonably necessary for an effective defense or appeal. Britt v. North Carolina, 404 U.S. 226, 227, 92 S.Ct. 431, 433 (1971). The court, having granted defendant in forma pauperis status to proceed on appeal, and finding the trancripts reasonably necessary to assist in post-conviction proceedings, has determined that the transcripts should be copied and produced to defendant.

1

Defendant seeks transcripts of the following proceedings: an evidentiary hearing on his motion to withdraw plea, held March 19, 2004; and judgment and sentencing, held March 11, 2005. The sentencing hearing has already been transcribed and was, in fact, part of the record certified to the court of appeals. The evidentiary hearing on the motion to withdraw plea, reported by Diamond Reporters, has not yet been transcribed.

The Clerk of Court is directed to photocopy the March 11, 2005 transcript and send it to defendant. In addition, the Clerk shall serve a copy of this order on Dennis McKinnon, Official Court Reporter for the Eastern District to ensure transcription of the 2004 proceeding by, as well as payment therefor to, Diamond Reporters. Upon completion, the transcript shall be filed with the Court and the Clerk shall serve a copy on the defendant.

IT IS SO ORDERED.

Dated: August 10, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2