IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CR. NO. S-02-0257 EJG

ROLAND ADAMS,

        Defendant.
_____/
UNITED STATES OF AMERICA

        Plaintiff,

                               CR. NO. S-02-0560 EJG

    v.

ROLAND ADAMS,

                               <u>ORDER GRANTING MOTION TO</u>
        Defendant.             <u>PROCEED ON APPEAL IFP</u>

_____/

    On October 30, 2006, the court issued a scheduling order in both of the above-captioned cases which, among other things, appointed counsel to represent defendant on the portion of case number Cr. 02-0257 which had been remanded by the Ninth Circuit Court of Appeals.  In addition, the scheduling order held in

1

abeyance all other pending motions and denied defendant's request for counsel on those motions.  Defendant has filed a notice of appeal from the scheduling order and seeks to proceed on appeal *in forma pauperis*, without prepayment of the filing fee.  While it is unclear what rulings in the order might be appealable at this stage of the proceedings, that decision is for the appellate court, not the district court.  After reviewing defendant's financial affidavit filed in connection with the motion, and noting that the court has previously granted *in forma pauperis* status to defendant in connection with his previous appeal, the motion to proceed on appeal *in forma pauperis* is granted.

    IT IS SO ORDERED.

Dated: December 18, 2006

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT

2