1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR. S-02-257 EJG
                                )   CR. S-02-560 EJG
12           Plaintiff,         )
                                )   STIPULATION TO CONTINUE STATUS
13      v.                      )   CONFERENCE; ORDER
                                )
14 ROLAND ADAMS,                )
                                )   Date: January 12, 2007
15           Defendant.         )   Time: 10:00 A.M.
   _____ )   Court: Hon. Edward J. Garcia
16

17     IT IS HEREBY STIPULATED AND AGREED between the United States of

18 America and defendant Roland Adams, by and through their respective

19 counsel, that the status conference presently set for January 12,

20 2007, be continued to February 9, 2007, at 10:00 A.M.

21     This continuance is necessary because both counsel are

22 scheduled to argue another case before the Ninth Circuit Court of

23 Appeals that morning (United States v. Bedenfield, C.A. No. 06-

24 10103).  Because government counsel will be out of town on both

25 January 19 and February 2, and defense counsel is scheduled to be in

26

27

28

1

trial on January 26, February 9 is the first date both counsel are available.

Date: January 5, 2007                    Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                      By: /s/ Camil A. Skipper
                                             CAMIL A. SKIPPER
                                             Assistant U.S. Attorney

Date: January 5, 2007                    /s/ Michael B. Bigelow
                                                MICHAEL B. BIGELOW
                                             Attorney for Defendant

### ORDER

Good cause having been shown, the status conference presently set for January 12, 2007, is continued to February 9, 2007, at 10:00 A.M.  Each party shall file a status report detailing its plan on how to proceed by January 25, 2007.

**IT IS SO ORDERED.**

Date: January 8, 2007                    /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                             United States District Judge