IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-02-0257 EJG
                                 CR. NO. S-02-0560 EJG

    v.
                                   ORDER GRANTING REQUEST FOR
ROLAND ADAMS,                 TRANSCRIPTS

        Defendant.
_____/

    Defendant, a federal prisoner proceeding pro se has filed a motion for transcripts of six proceedings in the above-entitled cases to facilitate his direct appeal of the amended judgment entered following the hearing after remand on May 16, 2007. Having previously granted defendant in forma pauperis status, and for the reasons that follow, the motion is GRANTED.

    Indigent prisoners are entitled to free transcripts of prior proceedings when reasonably necessary for an effective defense or appeal. Britt v. North Carolina, 404 U.S. 226, 227 (1971). Defendant has requested transcription of six proceedings which occurred after remand of this case from the Ninth Circuit. Since

1

the proceedings involve issues which may be involved in defendant's appeal of the amended judgment, the court finds the transcripts reasonably necessary to assist in defendant's appeal.

Defendant seeks transcripts of the following proceedings:

1) Status conference, August 25, 2006;

2) Status conference, October 6, 2006;

3) Status conference, October 10, 2006;

4) Status conference, February 9, 2007;

5) Status conference, April 13, 2007; and

6) Hearing after remand and status conference, May 16, 2007.

The Clerk of Court shall serve a copy of this order on Kelly O'Halloran, Official Court Reporter for the Eastern District, to ensure transcription of the proceedings, as well as payment therefor to the designated court reporters.  Upon completion, the transcripts shall be filed with the Court and the Clerk shall serve copies on the defendant.

The Clerk of Court shall serve a copy of this order on defendant at **BOTH** the Sacramento County Jail and McRae Correctional Facility, 1000 Jim Hammock Drive, McRae, Georgia, 31055.

IT IS SO ORDERED.

Dated: May 31, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2