```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>ROLAND ADAMS,               )<br>                            )<br>            Defendant.      )<br>_____) | No. CR. S 02-560 EJG<br><br>REQUEST FOR EXTENSION OF TIME<br>TO FILE OPPOSITION BRIEF;<br>DECLARATION OF COUNSEL; AND<br>ORDER |

Pursuant to the Court's Order After Status Conference filed May 29, 2007, the government's oppositions to the defendant's Motion Requesting Return of Funds in 529 College Accounts, Motion to Dismiss Forfeiture Counts Nine and Ten, Motion for New Trial on Counts Nine and Ten, and Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence are due July 13, 2007.  As explained more fully in the accompanying declaration of counsel, the undersigned counsel does not believe she can fully respond to the § 2255 motion by July 13, 2007.  Therefore, the government requests an extension of time in which to file an opposition brief to the § 2255 motion and an order requiring the government's response to be

filed on or before July 27, 2007.  I do not believe this extension of time will prejudice the defendant as it appears some travel delays have postponed his return to his designated Bureau of Prisons institution.

The government provides the accompanying declaration of counsel in support of this request for extension of time to file its opposition brief.

Date: July 13, 2007                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                   By: /s/ Camil A. Skipper
                                       CAMIL A. SKIPPER
                                       Assistant U.S. Attorney



**ORDER**

Good cause having been shown, the government's request for an extension of time to file its opposition brief is granted.  The government's shall file its opposition brief on or before July 27, 2007.  The movant may file and serve a reply within 30 days after service of the opposition.  The matter will then be taken under submission.

IT IS SO ORDERED.

Date:   July 23, 2007
                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       Senior Judge

2

**DECLARATION OF CAMIL A. SKIPPER**

I, CAMIL A. SKIPPER, declare as follows:

1. I am employed as an Assistant United States Attorney for the Eastern District of California in Sacramento. I make this declaration in support of the government's request for extension of time to file its opposition brief. I believe that the facts contained in this declaration are true and correct. If called to testify, I would and could testify accordingly.

2. I have been assigned to this case since spring 2002.

3. At the status conference on May 16, 2007, I asked that the government be allotted 45 days to respond to the § 2255 motion in case no. 02-560. I did not consider that I would be required to file four briefs on the same day.

3. When I received the Court's order filed May 29, 2007, I was in the midst of preparing a Ninth Circuit brief for filing on June 13. After briefly reviewing the motions, I determined to begin work on the four motion on July 2, so that I might timely file each response on July 13.

4. Despite unexpected requests for a complaint and search warrant on July 2, I did begin work on the motions. However, due to illness, I was unable to work on the opposition briefs from July 5 through July 9.

5. When I returned to work on July 10, I continued my preparation of the opposition briefs despite lingering illness. To date, I have completed three of the four opposition briefs; I have not completed the opposition to the § 2255 motion.

3

6.   I do not believe I can file a complete and meaningful response to Adams' confusing and rambling § 2255 motion by July 13. I believe, with the extra days an extended filing deadline would afford me, I could file a meaningful response that would be more helpful to the court than what I could file by midnight.

7.   I affirm under penalty of perjury that the statements contained in this declaration are true and correct to the best of my knowledge.

Executed this 13th day of July, 2007, in Sacramento, California.

/s/ Camil A. Skipper
CAMIL A. SKIPPER

4

<u>CERTIFICATE OF SERVICE BY MAIL</u>

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on July 13, 2007, she served a copy of

**GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF; DECLARATION OF COUNSEL; PROPOSED ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

ROLAND ADAMS
REG. NO. 13785-097
POST OFFICE BOX DRAWER 30
McRAE, GA 31055

/s/ Virginia Waldrop
Virginia Waldrop

5