IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROLAND ADAMS,

        Defendant.
_____/

CIV. NO. S-06-2337 EJG
CR. NO. S-02-0560 EJG

ORDER DENYING REQUEST FOR
CERTIFICATE OF APPEALABILITY

    Defendant, a federal prisoner proceeding pro se, has filed a Notice of Appeal from this court's March 5, 2008 order denying his § 2255 motion to vacate, set aside or correct his sentence. He has also filed a request for a certificate of appealability, which certificate must be issued before defendant can appeal the decision. See Fed. R. App. P. 22(b). Such certification may issue "only if [defendant] has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b)(1).

For all of the reasons stated in the court's March 5, 2008 order, defendant has not made a substantial showing of the denial of a constitutional right.  Accordingly, the motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated: April 18, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT